**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michael Lynch, | : |
| | : |
| | : |
| | : |
| Plaintiff, | : Civil Action No.:  1:10-cv-775 |
| v. | : |
| | : |
| Financial Asset Management Systems, Inc.; | : |
| and DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.


Dated: September 10, 2010

                                                    Respectfully submitted,

                                                    PLAINTIFF, Michael Lynch

                                                    /s/ Sergei Lemberg

                                                    Sergei Lemberg, Esq. (SL 6331)
                                                    **LEMBERG & ASSOCIATES L.L.C.**
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (877) 795-3666
                                                    slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg