

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 27 2010

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Michael Lynch,

      Plaintiff,

v.

Financial Asset Management Systems, Inc.;
and DOES 1-10, inclusive,

      Defendant.

Civil Action No.: 1:10-cv-775

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Michael Lynch ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 26, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 6331)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 10/27/10
Utica, NY